# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT
## CIVIL APPEAL STATEMENT

*Please TYPE: Attach additional pages, if necessary*

11th Circuit Docket Number:   15-13731-FF

| Caption: | District and Division: USDC Middle District, Florida – Tampa Division |
|---|---|
| BAYOU SHORES, SNF, LLC, | Name of Judge: James S. Moody, Jr. |
| | Nature of Suit: 1422 Bankruptcy Appeals Rule 28 USC § 158 |
| Appellant, | Date Complaint Filed: N/A |
| | District Court Docket Number: 8:14-cv-02816-JSM (Lead case) as consolidated with 8:14-cv-02617, 8:15-cv-00103, and 8:15-cv-0128 |
| v. | Date Notice of Appeal Filed: 8/19/2015 |
| | ☐ Cross Appeal    ☐ Class Action |
| FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION and THE UNITED STATES OF AMERICA, ON BEHALF OF THE SECRETARY OF THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, | Has this matter previously been before this court?<br>☐ Yes    **X** No<br>If yes, provide<br>(a)   Caption:<br>(b)   Citation<br>(c)   Docket Number |
| Appellees. | |

|  | | Attorney Name | Mailing Address | Telephone, Fax and Email |
|---|---|---|---|---|
| **For Appellant** | | | | |
| ☐ | Plaintiff | | | |
| ☐ | Defendant | | | |
| X | Other* | Elizabeth A. Green | Baker & Hostetler LLP<br>200 S. Orange Avenue, Suite 2300<br>Orlando, Florida 32801 | T: (407) 649-4036/F: (407) 841-0168<br>Email: egreen@bakerlaw.com |
| X | Other* | Tiffany D. Payne | Baker & Hostetler LLP<br>200 S. Orange Avenue, Suite 2300<br>Orlando, Florida 32801 | T: (407) 649-4079/F: (407) 841-0168<br>Email: tpayne@bakerlaw.com |
| X | Other* | Frank P. Terzo | GrayRobinson P.A.<br>401E. Las Olas Blvd., Suite 1000<br>Fort Lauderdale, Florida 33301-4210 | T: (954) 761-8111 X-7846<br>F: (954) 761-8112<br>Email: frank.terzo@gray-robinson.com |
| X | Other* | Jeffrey T. Kuntz | GrayRobinson P.A.<br>401E. Las Olas Blvd., Suite 1000<br>Fort Lauderdale, Florida 33301-4210 | T: (954) 761-8111<br>F: (954) 761-8112<br>Email: jkuntz@gray-robinson.com |

*\*Bayou Shores, SNF, LLC, ("Bayou") is the Appellant herein and appeals from an adverse ruling of the United States District Court for the Middle District of Florida, Tampa Division ("District Court"), sitting in its appellate capacity over orders entered in Bayou's favor by the United States Bankruptcy Court for the Middle District of Florida, Tampa Division ("Bankruptcy Court") during Bayou's Chapter 11 case, including orders entered by the Bankruptcy Court confirming Bayou's Chapter 11 plan.*

|  | | Attorney Name | Mailing Address | Telephone, Fax and Email |
|---|---|---|---|---|
| **For Appellee** | | | | |
| ☐ | Plaintiff | | | |
| ☐ | Defendant | | | |
| X | Other** | Andrew T. Sheeran | Bldg 3 – MS 3, 2727 Mahan Dr.<br>Tallahassee, FL 32308-5407 | T: (850) 412-3630/F: (850) 921-0158<br>Email: sheerana@ahca.myflorida.com |

607315838.1

| | | | |
|---|---|---|---|
| X Other** | Leslei G. Street | Bldg 3 – MS 3, 2727 Mahan Dr. Tallahassee, FL 32308-5407 | T: (850) 412-3686 / F: (850) 921-1058 Email: Leslie.Street@ahca.myflorida.com |

**The Florida Agency for Health Care Administration, an Appellee herein, was an Appellant in the District Court, having appealed orders, including orders confirming Bayou's Chapter 11 plan, entered by the Bankruptcy Court.*

| | | | |
|---|---|---|---|
| X Other*** | Arthur Lee Bentley, III | US Attorney's Office FLM 400 N. Tampa St., Ste. 3200 Tampa, FL 33602 | T: (813) 274-6000 Email: n/a |
| X Other*** | Christen John Emden | US Attorney's Office FLM 400 N. Tampa St., Ste. 3200 Tampa, FL 33602 | T: (813) 276-6000 Email: christopher.emden@usdoj.gov |
| X Other*** | Colleen Murphy-Davis | US Attorney's Office FLM 400 N. Tampa St., Ste. 3200 Tampa, FL 33602 | T: (813) 274-6000 / (813) 274-6103 Email: colleen.murphy@usdoj.gov |
| X Other*** | Sean Flynn | US Attorney's Office FLM 400 N. Tampa St., Ste. 3200 Tampa, FL 33602 | T: (813) 274-6000 / F: N/A Email: sean.flynn2@usdoj.gov |

X ****The United States of America, on Behalf of The Secretary of The United States Department of Health and Human Services, an Appellee herein, was an Appellant in the District Court, having appealed orders, including orders confirming Bayou's Chapter 11 plan, entered by the Bankruptcy Court.*

*Please CIRCLE/CHECK/COMPLETE the items below and on page 3-4 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| **X** Federal Question | **X** Final Judgment, 28 USC 1291 | ☐ Dismissal/Jurisdiction | Amount Sought by Plaintiff: $_____ |
| ☐ Diversity | ☐ Interlocutory Order 29 USC1292(a)(1) | ☐ Default Judgment | Amount Sought by Defendant: $_____ |
| ☐ US Plaintiff | ☐ Interlocutory Order Certified, 29 USC1292(a)(1) | ☐ Summary Judgment | Awarded: $_____ To _____ |
| ☐ US Defendant | ☐ Interlocutory Order, Qualified Immunity | ☐ Judgment/Bench Trial | Injunctions: |
| | ☐ Final Agency Action (Review) | ☐ Judgment/Jury Verdict | ☐ TRO   ☐ Granted |
| | ☐ 54(b) | ☐ Judgment/Directed Verdict/NOV | ☐ Preliminary   ☐ Denied |
| | | ☐ Injunction | ☐ Permanent |
| | | **X** Other District Court order reversing Bankruptcy Court orders on appeal. | |

607315838.1

Based on your present knowledge:

1) Does this appeal involve a question of First Impression?   **X** Yes   □ No

2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute?   **X** Yes   □ No

   If yes, provide
   (a) Case Name/Statute
       *Statutes: 42 U.S.C. § 405(h) and 28 U.S.C. § 1334, and Title 11.*

   (b) Citation

   (c) Docket Number if unreported

3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that

   a) Arises from substantially the same case or controversy as this appeal?   □ Yes   **X** No

   b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?   □ Yes   **X** No

   If yes, provide
   (a) Case Name
   (b) Citation
   (c) Docket Number if unreported
   (d) Court or Agency

4) Will this appeal involve a conflict of law

   a) Within the Eleventh Circuit?   □ Yes   **X** No

   b) Among circuits?   **X** Yes   □ No

   If yes, explain briefly:
   *A split of authority exists between United States District Courts and United States Bankruptcy Courts on whether 42 U.S.C. § 405(h) precludes a Bankruptcy Court from exercising jurisdiction pursuant to 28 U.S.C. § 1334 over issues related to Medicare.*

5)    Issues proposed to be raised on appeal, including jurisdictional challenges:

> *Issues on appeal include whether 42 U.S.C. § 405(h) precludes a Bankruptcy Court from exercising jurisdiction pursuant to 28 U.S.C. § 1334 over issues related to Medicare and whether the District Court had jurisdiction to issue an order reversing orders entered by the Bankruptcy Court after all issues on appeal had become either actually moot for failing to present any case or controversy pursuant to Article III of the Constitution, or equitably moot, as such doctrine is applied in the Eleventh Circuit and others, following the Bankruptcy Court's conclusion that Bayou had substantially consummated its Chapter 11 reorganization plan.*

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD BY ELECTRONIC NOTICING THROUGH THE COURT'S ECF NOTICING SYSTEM AND/OR BY E-MAIL, THIS <u>2nd</u> DAY OF SEPTEMBER, 2015.

|       Tiffany D. Payne, Esq.       |       /s/ *Tiffany D. Payne*       |

*Please ATTACH portion of district court, tax court, or agency record described in 11th Cir.R.33-1(b): (a) judgments and orders appealed from or sought to be reviewed; (b) any supporting opinion, findings of fact, and conclusions of law filed by the court or the agency, board, commission, or officer; (c) any report and recommendation adopted by an order; (d) findings and conclusions of an administrative law judge when appealing a court order reviewing an agency determination; (e) any agency docket sheet or record index.*